**Order entered December 30, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00283-CV

### ESTATE OF: LOLA CHENOWITH, DECEASED

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-12-00202-2**

## ORDER

We **GRANT** appellee's December 23, 2013 agreed motion to supplement the clerk's record and **ORDER** Dallas County Clerk John F. Warren to file a supplemental clerk's record containing the "Last Will & Testament of Lola B. Chenoweth" no later than January 6, 2014.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission to John F. Warren, Dallas County Clerk, and the parties.

/s/     ELIZABETH LANG-MIERS
           JUSTICE